**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 07-cv-00471-LTB-MEH

KRISTI GILBERT,

    Plaintiff,

v.

UNITED FIRE & CASUALTY COMPANY, an Iowa corporation,

    Defendant.

___

**ORDER**
___

    **THE COURT,** having reviewed Plaintiff's Motion For Leave To Amend Complaint To Add Additional Defendants, and being fully appraised in the premises:

    **HEREBY GRANTS** Plaintiff's motion granting Plaintiff leave to amend Plaintiff's previously filed Complaint to add Travelers Insurance Company as a named Defendant in the present case

    Done this 8 day of June, 2007.

                                                        s/Lewis T. Babcock
                                             United States District Court Judge