# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00471-LTB-MEH

KRISTI GILBERT,

    Plaintiff,

v.

UNITED FIRE & CASUALTY COMPANY, an Iowa corporation, and
THE TRAVELERS INDEMNITY COMPANY d/b/a Travelers Insurance Company, a Connecticut corporation,

    Defendants.
_____

## ORDER
_____

THIS MATTER having come before the Court on the Plaintiff's Notice of Dismissal Without Prejudice of Defendant The Travelers Indemnity Company d/b/a Travelers Insurance Company, a Connecticut corporation (Doc 15 - filed June 14, 2007), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITHOUT PREJUDICE as to Defendant The Travelers Indemnity Company d/b/a Travelers Insurance Company, a Connecticut corporation only,** each party to pay their own fees and costs.

                        BY THE COURT:

                          s/Lewis T. Babcock
                        United States District Court Judge

DATED: June 15, 2007