IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00471-LTB-MEH

KRISTI GILBERT,

    Plaintiff,

v.

UNITED FIRE & CASUALTY COMPANY, an Iowa corporation,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, October 9, 2007.**

    Plaintiff's Motion to Stay Expert Disclosure Time Period until December 1, 2007 [Filed October 1, 2007; Docket #30] is **granted**. The deadline for expert disclosures is moved to December 1, 2007, and rebuttal expert disclosures are due January 7, 2008. The cut-off for expert discovery is reset to January 25, 2008. No further extensions will be granted.